AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| JAMES KANFOUSH | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No.   2:26-cv-1281 |
| PRIMANTI BROS. RESTAURANT CORPORATION, Inc. Et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PRIMANTI BROS. ADMINISTRATIVE SERVICE COMPANY, Inc.

424 South 27th Street, Building 3, Floor 2, Pittsburgh, PA 15203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Louis Kroeck, Esq.
1200 Sarah Street
Pittsburgh, PA 15203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

06/11/2026

*Katie Hall*

Date

Signature of Clerk or Deputy Clerk